UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X      07CV01563(AKH)
CESAR AVILA AND PIEDAD AVILA,

Plaintiffs,

-    against –

ANSWER

90 CHAMBERS REALTY LLC, ALAN KASMAN DBA
KASCO, ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., J.P. MORGAN CHASE CORPORATION,
KASCO RESTORATION SERVICES CO., MERRILL LYNCH &
CO, INC., NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., STRUCTURE TONE
(UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP INC., WESTON SOLUTIONS, INC., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP
TOWER B CO., L.P., WFP TOWER D CO. G.P. CORP., WFP
TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO.
II L.P., WFP TOWER D HOLDING I G.P. CORP., AND WFP TOWER
D. CO., L.P., ET AL
Defendants.

-------------------------------------------------------------------------X

PLEASE   TAKE   NOTICE   that   defendant   Envirotech   Clean   Air   Inc.

("Envirotech"), as and for their responses to the allegations set forth in the Complaint by

Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-

referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
    September 14, 2007

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
            Heather L. Smar (4622)