UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

------------------------------------------------------------------X
CESAR AVILA AND PIEDAD AVILA,   :   07-CV-01563-AKH

                Plaintiffs,   :   **APPEARANCE**

  - against -   :   **ELECTRONICALLY FILED**

90 CHAMBERS REALTY LLC, *et al.*,   :

                Defendants.   :
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York                    DICKSTEIN SHAPIRO LLP
        October 3, 2007

                              By:        /s/ Judith R. Cohen
                                     _____
                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501

                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.