John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x  21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                    :
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------------ x  Civil Action No.: 07CV01563
CESAR AVILA and PIEDAD AVILA,

                                        Plaintiffs,          :  **NOTICE OF BATTERY PARK
                                                                 CITY AUTHORITY's**
         -against-                                          :  **ADOPTION OF ANSWER TO
                                                                 MASTER COMPLAINT**

90 CHAMBERS REALTY, LLC, ET AL.,                    :

                                        Defendants.         :

                                                              :
------------------------------------------------------ x

PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan*

*Disaster site Litigation*, 21 MC 102 (AKH).

WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
          September 27, 2007

1701854.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
        & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00126

By:  _____
     John M. Flannery (JMF-0229)

1701854.1