UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
                                                                  :
IN RE: WORLD TRADE CENTER LOWER          :     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION
                                                                  :     ELECTRONICALLY FILED
                                                                  :
-----------------------------------------------------------------x
CESAR AVILA (AND WIFE, PIEDAD            :
AVILA),                                                              Case No.: 07CV1563 (AKH)
                                                                  :
            Plaintiff,                                          **NOTICE OF ADOPTION OF**
      v.                                                     :  **MASTER ANSWER BY**
                                                                **DEFENDANT JPMORGAN**
50 TRINITY, LLC, ET. AL.,                      :     **CHASE BANK N.A.**

            Defendants.
-----------------------------------------------------------------x

　　　　　PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopts its Master Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

　　　　　WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated: New York, New York
　　　　December 13, 2007

　　　　　　　　　　　　　　　　　　SATTERLEE STEPHENS BURKE & BURKE LLP


　　　　　　　　　　　　　　　　　　By: /s/James J. Coster_____
　　　　　　　　　　　　　　　　　　　　James J. Coster (JC-1431)

714273_1

                                                          230 Park Avenue  
                                                          New York, New York 10169  
                                                          Tel.: (212) 818-9200  
                                                          Fax: (212) 818-9606  
                                                          Attorneys for Defendant  
                                                          JPMorgan Chase Bank N.A.

TO:    Gregory J. Cannata, Esq.  
         Law Office of Gregory J. Cannata  
         233 Broadway  
         New York, NY 10279

         Robert Grochow, Esq.  
         Law Office of Robert Grochow  
         233 Broadway  
         New York, NY 10279

         Christopher LoPalo, Esq.  
         Worby Groner Edelman Napoli and Bern  
         115 Broadway, 12th Floor  
         New York, New York 10006