UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X   07CV01563(AKH)
CESAR AVILA AND PIEDAD AVILA,

                             Plaintiffs,

      -   against –                                                                                    AMENDED
                                                                                                              ANSWER

50 TRINITY LLC,
88 GREENWICH LLC
90 CHAMBERS REALTY LLC,
90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP INC.,
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY,
BANKERS TRUST CORP.,
BANKERS TRUST NEW YORK CORPORATION,
BATTERY PARK CITY AUTHORITY, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT,
BOSTON PROPERTIES INC,
BROADWAY WEST STREET ASSOCIATES LIMITED PARTNERSHIP,
BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HIGHLAND DEVELOPMENT LLC,
HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., J.P. MORGAN CHASE CORPORATION,
JONES LANG LASALLE AMERICAS INC,
JONES LANG LASALLE SERVICES INC.,
KASCO RESTORATION SERVICES CO., MERRILL LYNCH &
CO, INC., NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC.,
STEEPLECHASE ACQUISITIONS LLC,
STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
TISHMAN INTERIORS CORPORATION,
TISHMAN SPEYER PROPERTIES,

TOSCORP INC.,
V CUCINIELLO,
VERIZON NEW YORK INC.,
WESTON SOLUTIONS, INC., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP
TOWER B CO., L.P., WFP TOWER D CO. G.P. CORP., WFP
TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO.
II L.P., WFP TOWER D HOLDING I G.P. CORP., AND WFP TOWER
D. CO., L.P., ET AL

                              Defendants.

------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       January 21, 2008

                    Yours, etc.

                    FRIEDMAN, HARFENIST, LANGER & KRAUT
                    Attorneys for Defendant –Envirotech
                    3000 Marcus Avenue, Suite 2E1
                    Lake Success, New York 11042
                    (516) 775-5800

                    BY: _____
                           Heather L. Smar (4622)